```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

CARYN MCDOUGAL AND                          CIVIL ACTION
SCOTT MCDOUGAL


VERSUS                                      NO: 07-6473


TEACHERS INSURANCE COMPANY                  SECTION: R (1)
```

### ORDER AND REASONS

Before the Court are plaintiffs' motion to remand this case to state court and their request for attorneys' fees. Because the Court finds that the jurisdictional amount is not satisfied, the Court GRANTS plaintiffs' motion to remand. The Court, however, DENIES plaintiffs' request for attorneys fees.

On August 23, 2007, plaintiffs filed suit in state court against defendant Teachers Insurance Company, their homeowner's insurer, for damage to their house resulting from Hurricane Katrina. They did not specify the amount in controversy in their complaint. Teachers received service of process via the Louisiana Secretary of State on September 5, 2007. On September 6, 2007,

plaintiffs amended their complaint in state court to "waive entitlement to any damages, including penalties and statutory attorney's fees, but exclusive of interest and costs, in excess of $74,999.00." (*See* Pls.' Mem. Supp., R. Doc. 4-3 at 1-2; Def.'s Mem. Opp. Ex. B, R. Doc. 6-3 at 3.) Teachers received service of plaintiffs' amended complaint via the Secretary of State on October 8, 2007. On October 4, 2007, after plaintiffs amended their complaint with their damages stipulation but before Teachers received service of the amended complaint, Teachers removed this case to federal court. The Court finds that plaintiffs' stipulation establishes with legal certainty that their claims are for less than $75,000, therefore defeating removal. *See De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1411-12 (5th Cir. 1995).

   Plaintiffs, however, are not entitled to recover attorneys' fees. A defendant has 30 days to file a notice of removal after receiving service of process. 28 U.S.C. § 1446(b). Teachers filed for removal just before the expiration of the 30-day period. Although plaintiff filed its amended complaint on September 6, 2007, Teachers did not receive service of the stipulation until October 8, 2007 — after it filed notice of removal and after the period for doing so had expired. Given that plaintiffs' original complaint did not include the stipulation about the amount in

controversy, and considering that Teacheers was not served with plaintiffs' amended complaint until after it filed for removal, the Court finds that Teachers did not lack an objectively reasonable basis for seeking removal. Accordingly, plaintiffs are not entitled to attorneys' fees for filing this motion to remand.

For the foregoing reasons, the Court GRANTS plaintiffs' motion to remand and DENIES their request for attorneys' fees.

New Orleans, Louisiana, this 29th day of November, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE